**Eugene A. FISHER, Trustee, Seymour P. Nagan Irrevocable Trust, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 2009–5001.

United States Court of Appeals, Federal Circuit.

Oct. 9, 2009.

Burgess J.W. Raby, Raby Law Office, of Tempe, Arizona, argued for plaintiff-appellee.

Judith A. Hagley, Attorney, Appellate Section, Tax Division, United States Department of Justice, of Washington, DC, argued for defendant-appellant. With her on the brief were John A. DiCicco, Acting Assistant Attorney General, Gilbert S. Rothenberg, Acting Deputy Assistant Attorney General, David I. Pincus, and Jonathan S. Cohen, Attorneys.

RADER, PLAGER, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.